Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Kristin P. Kyle de Bautista, State Bar No. 221750
E-Mail: kristin@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
Jeffrey Tseng, M.D.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TSENG, M.D., | CASE NO.: 3:22-cv-8896 |
| Plaintiff, | **COMPLAINT (ERISA)** |
| vs. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant(s). | |

Plaintiff Jeffrey Tseng, M.D. ("Plaintiff"), herein sets forth the allegations of his Complaint against Defendant Standard Insurance Company ("Standard").

## PRELIMINARY ALLEGATIONS

1.      This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves claims by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan, and to clarify Plaintiff's rights to future benefits under the employee benefit plan. Plaintiff seeks relief, including but not limited to, payment of the correct amount of benefits due

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

under his plan, prejudgment and post-judgment interest, reinstatement to the benefit plan at issue herein, and attorneys' fees and costs.

2.      Venue lies in the Northern District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), because Plaintiff resides in this district, the breaches alleged occurred in this District, and the ERISA-governed plan at issue was administered in part in this District. Venue is also proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred within this District.

3.      Plaintiff was, at all times relevant, an Associate Physician in the Nuclear Medicine department at Kaiser Permanente located in San Francisco, California. Plaintiff resides in San Francisco, California. Plaintiff became disabled and unable to work starting March 29, 2022. At the time of his disability, Plaintiff was a participant, as defined by ERISA § 3(7), 29 U.S.C. § 1002(7), in a health and welfare benefit plan sponsored by The Permanente Medical Group, Inc. ("the Plan"), which provided, among other benefits, long term disability ("LTD") benefits. The Plan's LTD benefits are insured and administered by The Permanente Medical Group, Inc., under policy number 759042-B. Attached hereto as Exhibit "A" is the Certificate and Summary Plan Description of Group Long Term Disability Coverage for the Plan.

4.      Standard is a licensed insurance company headquartered in the State of Oregon. Standard offers group LTD policies in various states, including California. Standard is authorized to transact business in the Northern District of California and may be found in the Northern District of California.

5.      Intradistrict Assignment - Pursuant to Civil L.R. 3-2(c) and 3-5, Plaintiff believes that this matter should be assigned to either the Oakland or San Francisco divisions since Plaintiff resides in San Francisco County and a substantial part of the events or omissions which give rise to this action occurred primarily in San Francisco County.

**CLAIM FOR RELIEF**
**(29 U.S.C. § 1132(a)(1)(B))**
**Long-Term Disability Benefits**

6.      Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

7.      On November 1, 2021, Plaintiff was advised to stop working overtime and only work his regularly scheduled workweek. Though he experienced a reduction in work hours at that time, he did not suffer an income loss within the definition of the Plan by ceasing overtime work. Plaintiff filed a claim for LTD benefits under the Plan for a Total Disability. Standard assigned claim number 00JA7958.

8.      On March 29, 2022, Plaintiff's treating provider restricted Plaintiff's work hours. Standard was provided these restrictions for Plaintiff and was notified of Dr. Tseng's reduction in work hours. As of March 29, 2022, Plaintiff was partially disabled within the meaning of the Plan.

9.      Plaintiff is entitled to a monthly income benefit equal to 50% of his Pre-disability Earnings starting September 25, 2022 (after the 180-day Elimination Period) if he meets the following definition of disability:

## <u>DEFINITION OF DISABILITY</u>

During the Benefit Waiting Period and the Own Occupation Period you are required to be Totally Disabled from your Own Occupation or Partially Disabled from your Own Occupation.

1.      <u>Total Disability Definition</u>: You are Totally Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Substantial And Material Acts necessary to pursue your Own Occupation and you are not working in your Own Occupation.

2.      <u>Partial Disability Definition</u>: You are Partially Disabled from your Own Occupation if you are not Totally Disabled and you are actually working in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn more than 80% of your Indexed Predisability Earnings.

<u>Own Occupation</u> may be interpreted to mean the employment, business, trade, or profession that involves the Substantial And Material Acts of the occupation you are

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

regularly performing for your Employer when Disability begins. Own Occupation is not necessarily limited to the specific job you perform for your Employer.

However, if you are a licensed doctor of medicine or doctor of osteopathic medicine and your occupation involves the practice of medicine, during the Benefit Waiting Period and the Own Occupation period, we will consider your Own Occupation to be the one general or sub-specialty in which you are board certified to practice, for which there is a specialty or sub-specialty recognized by the American Board of Medical Specialties. If the sub-specialty in which you are practicing is not recognized by the American Board of Medical Specialties, you will be considered practicing in the general specialty category.

<u>Substantial And Material Acts</u> means the important tasks, functions and operations generally required by employers from those engaged in your Own Occupation that cannot be reasonably omitted or modified. In determining what Substantial And Material Acts are necessary to pursue your Own Occupation, we will first look at the specific duties required by your job. If you are unable to perform one or more of these duties with reasonable continuity, we will then determine whether those duties are customarily required of other individuals engaged in your Own Occupation. If any specific, material duties required of you by your job differ from the material duties customarily required of other individuals engaged in your Own Occupation, then we will not consider those duties in determining what Substantial And Material Acts are necessary to pursue your Own Occupation.

(Exh. A at pp. 12-13).

10.     By letter dated May 17, 2022, Standard denied Plaintiff's claim for LTD benefits, finding that as of November 1, 2021, the medical documentation does not support his claim of functional impairment or the need for medically necessary restrictions.

11.     On September 30, 2022, through his undersigned attorney, Plaintiff timely appealed the denial of his LTD benefits and clarified that Plaintiff's date of disability was March 29, 2022.

12.     On November 14, 2022, 45 days after the appeal was submitted, Standard informed Plaintiff of a "new rationale" for denial of the claim -- that the payroll records did not support disability from November 1, 2021, forward.

13.     Plaintiff responded by letter dated November 16, 2022, stating: (1) it was already made clear from Plaintiff's September 30, 2022 appeal letter that March 29, 2022 was the date of disability that Standard should have considered when it rendered its decision; (2) ERISA Regulations state that a decision must be made within 45-days of receipt of the appeal, "unless the plan administrator determines that "special circumstances" (such as the need to hold a hearing, if the plan's procedures provide for a hearing) require an extension of time for processing the claim; (3) Standard had expended the entire 45-day period before it informed Plaintiff that it would need to send his claim to the Employee Benefit Services department for further review and before seeking Plaintiff's response to this information; (4) allowing time for Plaintiff to respond to Standard's letter was not a "special circumstance" requiring an extension; and (5) Standard had not identified any "special circumstance" justifying a delay and Plaintiff had, therefore, exhausted his administrative remedies.

14.     Despite explicit instructions in both the September 30, 2022 appeal letter and the subsequent letter dated November 16, 2022, that Plaintiff's date of disability was March 29, 2022, by letter dated November 23, 2022, Standard upheld its decision on appeal based on the incorrect November 1, 2021, disability date and concluded that Plaintiff did not suffer a loss of earnings sufficient to meet the disability definition of the Plan.

15.     On November 29, 2022, Plaintiff, through his undersigned attorney, wrote Standard and reiterated, as previously stated in the September 30, 2022 appeal letter, that the entire appeal was based on a date of disability commencing on March 29, 2022. However, Standard did not decide that issue on appeal and Plaintiff's claim and appeal were now deemed exhausted. Moreover, because Standard's November 23, 2022 letter discussed the need for payroll records, an issue that had not been previously brought to Plaintiff's attention, counsel enclosed copies of relevant paystubs and allowed Standard an additional two weeks, to December 13, 2022, to approve Plaintiff's claim based on the March 29, 2022 disability date.

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

16. Standard responded by letter dated December 2, 2022, stating that it was setting up a "new claim" with the March 29, 2022 date of disability, and would be in contact if additional information was needed to complete the evaluation of this new claim.

17. Standard's refusal to acknowledge the appropriate date of disability as identified in Plaintiff's September 30, 2022 appeal letter was improper.

18. The ERISA regulations require that upon the plan's receipt of the claimant's appeal, it has 45 days to render a determination. 29 C.F.R. § 250.503-1(i)(1)(i); (i)(3). However, if special circumstances prevent a plan from making a determination within 45 days, it may take an additional 45 days if it notifies the claimant with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension. 29 C.F.R. § 250.503-1(i)(1)(ii); (i)(3).

19. Standard did not issue a decision on Plaintiff's appeal within 45 days nor did it comply with the ERISA regulations requiring written notification of special circumstances prior to the end of the 45-day period. When confronted with its continued refusal to correct the date of disability, Standard has attempted, improperly, to characterize its error as Plaintiff's request for a "new claim" based on a "new" date of disability.

20. As of the filing of the initial Complaint, Standard violated the ERISA claims procedures by failing to make a timely decision on Plaintiff's appeal with the appropriate date of disability.

21. Plaintiff has been, and continues to be, Partially Disabled as defined by the Plan and entitled to LTD benefits. Plaintiff is entitled to a monthly benefit beginning on September 25, 2022, and continuing for as long as he remains Disabled under the Plan until he reaches Social Security Normal Retirement Age.

22. Plaintiff has exhausted any and all administrative remedies which may be required by ERISA or the Plan.

23. No Plan document confers discretionary authority to Standard to decide eligibility for LTD benefits.

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

24.     ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), permits a plan participant to bring a civil action to recover benefits due to him under the terms of a plan, to enforce his rights under the terms of a plan, and/or to clarify his rights to future benefits under the terms of a plan.

25.     At all relevant times, Plaintiff has been entitled to disability benefits under the Plan. By denying Plaintiff's claim for disability benefits under the Plan, and by related acts and omissions, Standard has violated, and continues to violate, the terms of the Plan and Plaintiff's rights thereunder.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Standard as follows:

1.  Payment of LTD benefits due to Plaintiff;

2.  An order declaring that Plaintiff is entitled to an award of LTD benefits, and that benefits are to continue to be paid under the Plan for so long as Plaintiff remains disabled under the terms of the Plan;

3.  In the alternative to the relief sought in paragraphs 1-2, an order remanding Plaintiff's claim to the claims administrator to the extent any new facts or submissions are to be considered;

4.  Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

5.  Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

6.   Such other and further relief as this Court deems just and proper.

DATED:  December 15, 2022                    ROBERTS DISABILITY LAW, P.C.

                                        By:    */s/ Kristin P. Kyle de Bautista*
                                               Kristin P. Kyle de Bautista
                                               Attorneys for Plaintiff,
                                               Jeffrey Tseng, M.D.

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

# EXHIBIT A

# EXHIBIT A

## GROUP POLICY AMENDMENT NO. 3

Attached to and made a part of Group Policy 759042-B issued to
The Permanente Medical Group, Inc. as Policyholder.

Effective June 1, 2021, the Group Policy is amended as follows:

1. That portion of the definition of Work Earnings in B. Work Earnings Definition of the **Return To Work Provisions** which reads:

    Work Earnings excludes Additional Time Off (ATO), Time Bank (TBK) or vacation payoff, or any other amount that is payment of unused accrued vacation or overtime pay.

   is amended to read:

    Work Earnings excludes bonuses, Additional Time Off (ATO), Time Bank (TBK) or vacation payoff, or any other amount that is payment of unused accrued vacation or overtime pay.

2. The **Exceptions To Deductible Income** section is amended by the addition of the following:

    13. Bonuses paid to you by the Employer.

STANDARD INSURANCE COMPANY

By

President and CEO                                    Corporate Secretary

11/17/2021

## GROUP POLICY AMENDMENT NO. 2

Attached to and made a part of Group Policy 759042-B issued to
The Permanente Medical Group, Inc. as Policyholder.

Effective June 1, 2021, the Group Policy is amended as follows:

Item 5. of **Exceptions To Deductible Income** which reads:

    5.  Early retirement benefits under the Federal Social Security Act which are not actually received.

is amended to read:

    5.  Any retirement benefits under the Federal Social Security Act.

STANDARD INSURANCE COMPANY

By

Chairman and CEO                     Corporate Secretary

08/25/2021

## GROUP POLICY AMENDMENT NO. 1

Attached to and made a part of Group Policy 759042-B issued to
The Permanente Medical Group, Inc. as Policyholder.

Effective June 1, 2021, the Group Policy is amended to provide the following Special Arrangement for a Member who returns to work after May 31, 2021 and for whom benefits are not payable under the Prior Plan because of the Successive Periods Of Disability provision of the Prior Plan:

1. The following applies to a Disability for which the Member did not receive benefits under the Prior Plan:

   If the Member becomes Disabled again after June 1, 2021 and before June 1, 2022 from the same cause or causes as the prior period of disability, the Insuring Clause requirement that Disability begin while insured under the Group Policy is waived and all such periods of Disability after June 1, 2021 will be credited toward completion of the Benefit Waiting Period, provided:

   a. The Member did not complete the benefit waiting period of the Prior Plan prior to June 1, 2021;

   b. The total days of recovery after June 1, 2021 may not exceed 90 days;

   c. No LTD Benefits will be paid for any period of Disability for which benefits are payable under the Prior Plan; and

   d. The LTD Benefit will be the monthly benefit that would have been payable under the terms of the Prior Plan if it had remained in force.

   All other provisions of the Group Policy apply.

2. The following applies to a Disability for which the Member received benefits under the Prior Plan:

   If the Member becomes Disabled again from the same cause or causes as the prior period of disability, the Insuring Clause requirement that Disability begin while insured under the Group Policy is waived and the Benefit Waiting Period will be waived for that Disability, provided:

   a. The total period of recovery may not exceed 6 months;

   b. The LTD Benefit will be the monthly benefit that would have been payable under the terms of the Prior Plan if it had remained in force;

   c. The Maximum Benefit Period will be reduced by periods for which benefits were payable under the Prior Plan for that Disability;

   d. The Own Occupation Period will be reduced by periods for which benefits were payable under the Prior Plan for that Disability;

   e. The Limited Pay Period will be reduced by periods for which benefits were payable under the Prior Plan for a disability caused or contributed to by Mental Disorder or Substance Abuse; and

   f. No LTD Benefits will be paid for any period of Disability for which benefits are payable under the Prior Plan.

   All other provisions of the Group Policy apply.

This amendment is presented with the Group Policy.

STANDARD INSURANCE COMPANY

By

Chairman and CEO                              Corporate Secretary

**NOTICE OF PROTECTION PROVIDED BY**
**CALIFORNIA LIFE AND HEALTH INSURANCE GUARANTEE ASSOCIATION**

This notice provides a brief summary regarding the protections provided to policyholders by the California Life and Health Insurance Guarantee Association ("the Association").  The purpose of the Association is to assure that policyholders will be protected, within certain limits, in the unlikely event that a member insurer of the Association becomes financially unable to meet its obligations.  Insurance companies licensed in California to sell life insurance, health insurance, annuities and structured settlement annuities are members of the Association.  The protection provided by the Association is not unlimited and is not a substitute for consumers' care in selecting insurers.  This protection was created under California law, which determines who and what is covered and the amounts of coverage.

Below is a brief summary of the coverages, exclusions and limits provided by the Association.  This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations or the rights or obligations of the Association.

<u>**COVERAGE**</u>

- <u>**Persons Covered**</u>

  Generally, an individual is covered by the Association if the insurer was a member of the Association *and* the individual lives in California at the time the insurer is determined by a court to be insolvent.  Coverage is also provided to policy beneficiaries, payees or assignees, whether or not they live in California.

- <u>**Amounts of Coverage**</u>

  The basic coverage protections provided by the Association are as follows.

  - <u>**Life Insurance, Annuities and Structured Settlement Annuities**</u>

    For life insurance policies, annuities and structured settlement annuities, the Association will provide the following:

    - <u>Life Insurance</u>

      80% of death benefits but not to exceed $300,000
      80% of cash surrender or withdrawal values but not to exceed $100,000

    - <u>Annuities and Structured Settlement Annuities</u>

      80% of the present value of annuity benefits, including net cash withdrawal and net cash surrender values but not to exceed $250,000

    The maximum amount of protection provided by the Association to an individual, for *all* life insurance, annuities and structured settlement annuities is $300,000, regardless of the number of policies or contracts covering the individual.

  - <u>**Health Insurance**</u>

    The maximum amount of protection provided by the Association to an individual, as of April 1, 2011, is $470,125.  This amount will increase or decrease based upon changes in the health care cost component of the consumer price index to the date on which an insurer becomes an insolvent insurer.

## COVERAGE LIMITATIONS AND EXCLUSIONS FROM COVERAGE

The Association may not provide coverage for this policy.  Coverage by the Association generally requires residency in California.  You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

The following policies and persons are among those that are excluded from Association coverage:

- A policy or contract issued by an insurer that was not authorized to do business in California when it issued the policy or contract

- A policy issued by a health care service plan (HMO), a hospital or medical service organization, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society

- If the person is provided coverage by the guaranty association of another state

- Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which do not guaranty annuity benefits to an individual

- Employer and association plans, to the extent they are self-funded or uninsured

- A policy or contract providing any health care benefits under Medicare Part C or Part D

- An annuity issued by an organization that is only licensed to issue charitable gift annuities

- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as certain investment elements of a variable life insurance policy or a variable annuity contract

- Any policy of reinsurance unless an assumption certificate was issued

- Interest rate yields (including implied yields) that exceed limits that are specified in Insurance Code Section 1607.02(b)(2)(C).

## NOTICES

Insurance companies or their agents are required by law to give or send you this notice.  Policyholders with additional questions should first contact their insurer or agent.  To learn more about coverages provided by the Association, please visit the Association's website at www.califega.org, or contact either of the following:

California Life and Health Insurance
Guarantee Association
PO Box 16860
Beverly Hills, CA  90209-3319
(323) 782-0182

California Department of Insurance
Consumer Communications Bureau
300 South Spring Street
Los Angeles CA  90013
(800) 927-4357

**Insurance companies and agents are not allowed by California law to use the existence of the Association or its coverage to solicit, induce or encourage you to purchase any form of insurance.  When selecting an insurance company, you should not rely on Association coverage.  If there is any inconsistency between this notice and California law, then California law will control.**

**CALIFORNIA NOTICE OF COMPLAINT PROCEDURE**

Should any dispute arise about your premium or about a claim that you have filed, write to the company that issued the group policy at:

**Standard Insurance Company**
**PO Box 711**
**Portland, OR 97207**
**(971) 321-7000**
**(833) 357-1382**


If the problem is not resolved, you may also write to the State of California at:

**Department of Insurance**
**Consumer Services Division**
**300 S. Spring Street, 14th FL**
**Los Angeles, CA 90013**
**1-800-927-HELP (4357)**

This notice of complaint procedure is for information only and does not become a part or condition of this group policy/certificate.

# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company
900 SW Fifth Avenue
Portland, Oregon  97204-1282
(503) 321-7000

## GROUP LONG TERM DISABILITY INSURANCE POLICY

| | |
|---|---|
| Policyholder: | The Permanente Medical Group, Inc. |
| Policy Number: | 759042-B |
| Effective Date: | June 1, 2021 |

The consideration for this Group Policy is the application of the Policyholder and the payment by the Policyholder of premiums as provided herein.

Subject to the **Policyholder Provisions** and the **Incontestability Provisions**, this Group Policy (a) is issued for the Initial Rate Guarantee Period shown in the **Coverage Features**, and (b) may be renewed for successive renewal periods by the payment of the premium set by us on each renewal date.  The length of each renewal period will be set by us, but will not be less than 12 months.

For purposes of effective dates and ending dates under this Group Policy, all days begin and end at 12:00 midnight Standard Time at the Policyholder's address.

All provisions on this and the following pages are part of this Group Policy.  "You" and "your" mean the Member.  "We", "us", and "our" mean Standard Insurance Company.  Other defined terms appear with their initial letters capitalized.  Section headings, and references to them, appear in boldface type.

STANDARD INSURANCE COMPANY

By

Chairman and CEO                              Corporate Secretary

GP190-LTD/S399

**Table of Contents**

COVERAGE FEATURES ................................................................................................1

    GENERAL POLICY INFORMATION.......................................................................1

    SCHEDULE OF INSURANCE ...................................................................................1

    PREMIUM CONTRIBUTIONS ..................................................................................2

    PREMIUM AND RENEWALS ...................................................................................3

INSURING CLAUSE ...................................................................................................4

WHEN YOUR INSURANCE BECOMES EFFECTIVE ................................................4

ACTIVE WORK PROVISIONS ..................................................................................4

CONTINUITY OF COVERAGE .................................................................................4

WHEN YOUR INSURANCE ENDS ...........................................................................5

WAIVER OF PREMIUM .............................................................................................6

REINSTATEMENT OF INSURANCE ........................................................................6

DEFINITION OF DISABILITY...................................................................................6

RETURN TO WORK PROVISIONS............................................................................7

REASONABLE ACCOMMODATION EXPENSE BENEFIT ........................................9

REHABILITATION PLAN PROVISION ....................................................................9

TEMPORARY RECOVERY ......................................................................................10

WHEN LTD BENEFITS END....................................................................................11

PREDISABILITY EARNINGS ..................................................................................11

DEDUCTIBLE INCOME ..........................................................................................12

EXCEPTIONS TO DEDUCTIBLE INCOME ............................................................13

RULES FOR DEDUCTIBLE INCOME .....................................................................13

DEPENDENT EDUCATION BENEFIT.....................................................................15

SURVIVORS BENEFIT ............................................................................................15

BENEFITS AFTER INSURANCE ENDS OR IS CHANGED ....................................16

EFFECT OF NEW DISABILITY ..............................................................................16

DISABILITIES EXCLUDED FROM COVERAGE ....................................................16

LIMITATIONS .........................................................................................................17

CLAIMS ...................................................................................................................18

TIME LIMITS ON LEGAL ACTIONS......................................................................20

INCONTESTABILITY PROVISIONS .......................................................................20

CLERICAL ERROR, AGENCY, AND MISSTATEMENT ..........................................21

TERMINATION OR AMENDMENT OF THE GROUP POLICY...............................21

DEFINITIONS ..........................................................................................................22

POLICYHOLDER PROVISIONS ..............................................................................23

**Index of Defined Terms**

Active Work, Actively At Work, 4
Allowable Periods, 10

Benefit Waiting Period, 2, 22

Child, 22
Child (for Family Care Expenses
   Adjustment), 9
Contributory, 22
CPI-W, 22

Deductible Income, 11
Dependent Education Benefit, 15
Domestic Partner, 23

Eligibility Waiting Period, 1
Eligible Student, 15
Employer, 22
Employer(s), 1

Family Care Expenses, 8
Family Member, 8

Grace Period, 23
Group Policy, 22
Group Policy Effective Date, 1
Group Policy Number, 1

Hospital, 17

Indexed Predisability Earnings, 22
Initial Rate Guarantee Period, 3
Injury, 22

LTD Benefit, 22

Maximum Benefit Period, 2, 22
Maximum LTD Benefit, 2
Member, 1
Mental Disorder, 17
Minimum LTD Benefit, 2
Minimum Participation Number, 3
Minimum Participation Percentage, 3

Noncontributory, 22

Own Occupation Period, 1

Physical Disease, 22
Physician, 22
Policyholder, 1
Preexisting Condition, 16
Pregnancy, 22
Premium Due Dates, 3
Premium Rates, 3
Prior Plan, 23

Reasonable Accommodation Expense
   Benefit, 9
Rehabilitation Plan, 9

Spouse, 23
Survivors Benefit, 15

Temporary Recovery, 10

War, 16
Work Earnings, 8

## COVERAGE FEATURES

This section contains many of the features of your long term disability (LTD) insurance.   Other provisions, including exclusions, limitations, and Deductible Income, appear in other sections.   Please refer to the text of each section for full details.   The Table of Contents and the Index of Defined Terms help locate sections and definitions.

## GENERAL POLICY INFORMATION

| | |
|---|---|
| Group Policy Number: | 759042-B |
| Policyholder: | The Permanente Medical Group, Inc. |
| Employer(s): | The Permanente Medical Group, Inc. |
| Group Policy Effective Date: | June 1, 2021 |
| Policy Issued in: | California |

Member means:

1. A regular active physician, podiatrist, oral and maxillofacial surgeon, contract physician, executive employee, or executive officer employed by the Employer;

2. Actively At Work at least at least 6 base units (24 hours) per week; and

3. A citizen or resident of the United States or Canada.

For purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, vacation days, or an Employer approved leave of absence, so long as the person is capable of Active Work on those days.

Member does not include a pool physician, a full-time member of the armed forces of any country, a leased employee, or an independent contractor.

## SCHEDULE OF INSURANCE

| | |
|---|---|
| Eligibility Waiting Period: | You are eligible on one of the following dates: |
| | If you are a Member on the Group Policy Effective Date, you are eligible on that date. |
| | If you become a Member after the Group Policy Effective Date, you are eligible on the first day as a Member. |

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance.

| | |
|---|---|
| Own Occupation Period: | From the end of the Benefit Waiting Period to the end of the Maximum Benefit Period. |

| | |
|---|---|
| LTD Benefit: | You may elect Option 1, or Option 2, as follows: |
| | Option 1:  50% of the first $41,667 of your Predisability Earnings, reduced by Deductible Income. |
| | Option 2:  60% of the first $41,667 of your Predisability Earnings, reduced by Deductible Income. |
| Maximum: | Option 1:  $20,833 |
| | Option 2:  $25,000 |
| Minimum: | $100 or 10% of your LTD Benefit before reduction by Deductible Income, whichever is greater. |

If due to injury or sickness you have a reduction in your base units, you may pay the premium necessary to maintain coverage at your previous regular work schedule in effect immediately prior to the reduction.

| | |
|---|---|
| Benefit Waiting Period: | 180 days. |
| Maximum Benefit Period: | Determined by your age when Disability begins, as follows: |

| Age | Maximum Benefit Period |
|---|---|
| 61 or younger | To age 65, or 3 years 6 months, if longer. |
| 62 | 3 years 6 months |
| 63 | 3 years |
| 64 | 2 years 6 months |
| 65 | 2 years |
| 66 | 1 year 9 months |
| 67 | 1 year 6 months |
| 68 | 1 year 3 months |
| 69 or older | 1 year |

## PREMIUM CONTRIBUTIONS

| | |
|---|---|
| Insurance is: | Contributory |

## PREMIUM AND RENEWALS

Premium Rates:

    LTD Insurance:

        Option 1:

| Age of Member | The following percentage of the first $41,667 of each insured Member's Covered Payroll. |
|---|---|
| Under 30 | 0.19 |
| 30 through 34 | 0.30 |
| 35 through 39 | 0.49 |
| 40 through 44 | 0.74 |
| 45 through 49 | 0.98 |
| 50 through 54 | 1.25 |
| 55 through 59 | 1.44 |
| 60 through 64 | 1.80 |
| 65 through 69 | 1.84 |
| 70 or over | 1.89 |

        Option 2:

| Age of Member | The following percentage of the first $41,667 of each insured Member's Covered Payroll. |
|---|---|
| Under 30 | 0.24 |
| 30 through 34 | 0.38 |
| 35 through 39 | 0.60 |
| 40 through 44 | 0.91 |
| 45 through 49 | 1.29 |
| 50 through 54 | 1.60 |
| 55 through 59 | 1.78 |
| 60 through 64 | 2.21 |
| 65 through 69 | 2.25 |
| 70 or over | 2.31 |

Covered Payroll means a Member's Covered Earnings for the insurance month prior to the date the determination is made. Covered Earnings means a Member's prorated base compensation as reported by the Employer for work performed for the Employer in effect just prior to the date Disability begins.

| | |
|---|---|
| Premium Due Dates: | June 1, 2021 and the first day of each calendar month thereafter. |
| Initial Rate Guarantee Period: | June 1, 2021 to January 1, 2025 |
| Minimum Participation Number: | 10 insured Members |
| Minimum Participation Percentage: | 75% of eligible Members |

## INSURING CLAUSE

If you become Disabled while insured under the Group Policy, we will pay LTD Benefits according to the terms of the Group Policy after we receive Proof Of Loss.

LT.IC.CA.1

## WHEN YOUR INSURANCE BECOMES EFFECTIVE

A.  When Insurance Becomes Effective

You must apply in writing for insurance, electing Option 1 or Option 2, and agree to pay premiums, within 60 days after:

1.  The date you become eligible;

2.  The date you are reclassified to Associate Physician status from Contract Physician status; or

3.  The date you are elected to Senior Physician.

Subject to the **Active Work Provisions**, your insurance becomes effective on the date determined as follows, but not before the Group Policy Effective Date:

1.  The date you become eligible, if you apply within 60 days after you become eligible.

2.  The date you are reclassified to Associate Physician status from Contract Physician status, if you apply within 60 days after the date you are reclassified.

3.  The date you are elected to Senior Physician, if you apply within 60 days after the date you are elected.

B.  Takeover Provision

If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy, your Eligibility Waiting Period is waived on the effective date of your Employer's coverage under the Group Policy.

LT.EF.OT.1

## ACTIVE WORK PROVISIONS

A.  Active Work Requirement

You must be capable of Active Work on the day before the scheduled effective date of your insurance or your insurance will not become effective as scheduled.  If you are incapable of Active Work because of Physical Disease, Injury, Pregnancy or Mental Disorder on the day before the scheduled effective date of your insurance, your insurance will not become effective until the day after you complete one full day of Active Work as an eligible Member.

Active Work and Actively At Work mean performing with reasonable continuity the Substantial And Material Acts of your Own Occupation at your Employer's usual place of business.

B.  Changes In Insurance

This Active Work requirement also applies to any increase in your insurance.

LT.AW.CA.1

## CONTINUITY OF COVERAGE

A.  Waiver Of Active Work Requirement

If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy, you can become insured on the effective date of your Employer's coverage without meeting the Active Work requirement.  See **Active Work Provisions**.

The LTD Benefit payable for a period of continuous Disability beginning before you meet the Active Work requirement will be:

1.  The monthly benefit which would have been payable under the terms of the Prior Plan if it had remained in force; reduced by

2.  Any benefits payable under the Prior Plan.

There is no Minimum LTD Benefit if there is a reduction by benefits payable under the Prior Plan.

B.  Effect Of Preexisting Conditions

If your Disability is subject to the Preexisting Condition Exclusion, LTD Benefits will be payable if:

1.  You were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy;

2.  You became insured under the Group Policy when your insurance under the Prior Plan ceased;

3.  You were continuously insured under the Group Policy from the effective date of your insurance under the Group Policy through the date you became Disabled from the Preexisting Condition; and

4.  Benefits would have been payable under the terms of the Prior Plan if it had remained in force, taking into account the preexisting condition exclusion, if any, of the Prior Plan.

For such a Disability, the amount of your LTD Benefit will be the lesser of:

   a.  The monthly benefit that would have been payable under the terms of the Prior Plan if it had remained in force; or

   b.  The LTD Benefit payable under the terms of the Group Policy, but without application of the Preexisting Condition Exclusion.

Your LTD Benefits for such a Disability will end on the earlier of the following dates:

   a.  The date benefits would have ended under the terms of the Prior Plan if it had remained in force; or

   b.  The date LTD Benefits end under the terms of the Group Policy.

## WHEN YOUR INSURANCE ENDS

Your insurance ends automatically on the earliest of:

1.  The date the last period ends for which a premium contribution was made for your insurance.

2.  The date the Group Policy terminates.

3.  The date your employment terminates.

4.  The date you cease to be a Member. However, your insurance will be continued during the following periods when you are absent from Active Work, unless it ends under any of the above.

   a.  During a leave of absence if continuation of your insurance under the Group Policy is required by a state-mandated family or medical leave act or law.

   b.  During any other temporary leave of absence approved by your Employer in advance and in writing and scheduled to last 12 months or less. A period of Disability is not a leave of absence.

   c.  During the Benefit Waiting Period.

LT.EN.OT.1X

## WAIVER OF PREMIUM

We will waive payment of premium for your insurance while LTD Benefits are payable.

LT.WP.OT.1

## REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member.  However, the following will apply:

1.  If you cease to be a Member because of a covered Disability following the Benefit Waiting Period, your insurance will end; however, if you become a Member again immediately after LTD Benefits end, the Eligibility Waiting Period will be waived and, with respect to the condition(s) for which LTD Benefits were payable, the Preexisting Condition Exclusion will be applied as if your insurance had remained in effect during that period of Disability.

2.  If your insurance ends because you cease to be a Member for any reason other than a covered Disability, and if you become a Member again within 12 months, the Eligibility Waiting Period will be waived.

3.  If your insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

4.  The Preexisting Conditions Exclusion will be applied as if insurance had remained in effect in the following instances:

    a.  If you become insured again within 90 days.

    b.  If required by federal or state-mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

5.  In no event will insurance be retroactive.

LT.RE.OT.2

## DEFINITION OF DISABILITY

During the Benefit Waiting Period and the Own Occupation Period you are required to be Totally Disabled from your Own Occupation or Partially Disabled from your Own Occupation.

1.  Total Disability Definition: You are Totally Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Substantial And Material Acts necessary to pursue your Own Occupation and you are not working in your Own Occupation.

2.  Partial Disability Definition: You are Partially Disabled from your Own Occupation if you are not Totally Disabled and you are actually working in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn more than 80% of your Indexed Predisability Earnings.

Note: You are not Disabled from your Own Occupation merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.  The loss of a professional license, occupational license, or certification does not, in itself, constitute Disability.

During the Own Occupation Period you may work in another occupation while you meet the Own Occupation definition of Disability.  However, your Work Earnings may be Deductible Income and LTD

Benefits will end when your Work Earnings exceed 80% of your Indexed Predisability Earnings.   See **Return To Work Provisions**, **Deductible Income**, and **When LTD Benefits End**.

Own Occupation may be interpreted to mean the employment, business, trade or profession that involves the Substantial And Material Acts of the occupation you are regularly performing for your Employer when Disability begins.   Own Occupation is not necessarily limited to the specific job you perform for your Employer.

However, if you are a licensed doctor of medicine or doctor of osteopathic medicine and your occupation involves the practice of medicine, during the Benefit Waiting Period and the Own Occupation period, we will consider your Own Occupation to be the one general or sub-specialty in which you are board certified to practice, for which there is a specialty or sub-specialty recognized by the American Board of Medical Specialties.   If the sub-specialty in which you are practicing is not recognized by the American Board of Medical Specialties, you will be considered practicing in the general specialty category.

Substantial And Material Acts means the important tasks, functions and operations generally required by employers from those engaged in your Own Occupation that cannot be reasonably omitted or modified.   In determining what Substantial And Material Acts are necessary to pursue your Own Occupation, we will first look at the specific duties required by your job.   If you are unable to perform one or more of these duties with reasonable continuity, we will then determine whether those duties are customarily required of other individuals engaged in your Own Occupation.   If any specific, material duties required of you by your job differ from the material duties customarily required of other individuals engaged in your Own Occupation, then we will not consider those duties in determining what Substantial And Material Acts are necessary to pursue your Own Occupation.

Your Own Occupation Period is shown in the **Coverage Features**.

LT.DD.CA.1

# RETURN TO WORK PROVISIONS

A.   Return To Work Incentive

You may serve your Benefit Waiting Period while working if you meet the Own Occupation Definition Of Disability.

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date.   The Return To Work Incentive changes 24 months after that date, as follows:

1.   During the first 24 months, your Work Earnings will be Deductible Income as determined in a., b. and c:

a.   Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

b.   Determine 100% of your Indexed Predisability Earnings.

c.   If a. is greater than b., the difference will be Deductible Income.

A calendar month in which you work will be counted toward the Return To Work Incentive.   A calendar month in which you do not work will not be counted toward the Return To Work Incentive.

2.   After those first 24 months, your LTD Benefit will be the greater of a. or b.

a.   Determine the amount of your LTD Benefit and subtract 50% of your Work Earnings from that amount.

b.   Determine the amount of your LTD Benefit;

1.   Multiply it by your Loss Of Earnings, and

2. Divide the result by your Indexed Predisability Earnings.

Loss Of Earnings means your Indexed Predisability Earnings minus your Work Earnings.

In no event will the amount payable be more than 100% of the Maximum LTD Benefit.

B. Work Earnings Definition

Work Earnings means your gross monthly earnings from work you perform while Disabled.  Work Earnings includes:

1. Earnings from your Employer.

2. Earnings from any other employer or self employment for which you become employed after the date of your Disability.

3. Any increases, except regularly scheduled increases, in earnings from employment from any other employer or self employment in which you were engaged prior to the date of your Disability.

4. Any sick pay, vacation pay, annual or personal leave pay, or other salary continuation earned or accrued while working.

Work Earnings excludes Additional Time Off (ATO), Time Bank (TBK) or vacation payoff, or any other amount that is payment of unused accrued vacation or overtime pay.

Earnings from work you perform will be included in Work Earnings when you have the right to receive them.  If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply.  If no period of time is stated, we will use a reasonable one.

In determining your Work Earnings we:

1. Will use the financial accounting method you use for income tax purposes, if you use that method on a consistent basis.

2. Will not be limited to the taxable income you report to the Internal Revenue Service.

3. May ignore expenses under section 179 of the IRC as a deduction from your gross earnings.

4. May ignore depreciation as a deduction from your gross earnings.

5. May adjust the financial information you give us in order to clearly reflect your Work Earnings.

If we determine that your earnings vary substantially from month to month, we may determine your Work Earnings by averaging your earnings over the most recent three-month period.  LTD Benefits will end on the date your average Work Earnings over the last three months exceed 80% of your Indexed Predisability Earnings.

C. Family Care Expenses Adjustment

If you must pay Family Care Expenses in order to work, we will reduce the amount of the Work Earnings used in determining your Deductible Income, subject to the following:

1. Your Work Earnings will be reduced by the first $250 per Family Member of the monthly Family Care Expenses you pay, but not to exceed a total of $500 for all Family Members.

2. The Work Earnings and the Family Care Expenses must be for the same period.

3. You must give us satisfactory proof of the Family Care Expenses you pay.

4. The Work Earnings reduction by Family Care Expenses will end 24 months after it begins.

Family Care Expenses means the amount you pay to a licensed care provider for the care of your Family which is necessary in order for you to work.

Family Member means:

1. Your Child; or

2. Your Spouse, parent, grandparent, sibling, or other close family member residing in your home who is:

   a. Continuously incapable of self-sustaining employment because of mental retardation or physical handicap; and

   b. Chiefly dependent upon you for support and maintenance.

Child means:

1. Your child residing in your home (including your stepchild, the child of your Spouse and an adopted child), from live birth through age 11; or

2. Your child, age 12 or older, residing in your home (including your stepchild, the child of your Spouse and an adopted child) who is:

   a. Continuously incapable of self-sustaining employment because of mental retardation or physical handicap; and

   b. Chiefly dependent upon you for support and maintenance.

LT.RW.CA.1X

## REASONABLE ACCOMMODATION EXPENSE BENEFIT

If you return to work in any occupation for any employer, not including self-employment, as a result of a reasonable accommodation made by such employer, we will pay that employer a Reasonable Accommodation Expense Benefit of up to $25,000, but not to exceed the expenses incurred.

The Reasonable Accommodation Expense Benefit is payable only if the reasonable accommodation is approved by us in writing prior to its implementation.

LT.RA.OT.1

## REHABILITATION PLAN PROVISION

While you are Disabled you may qualify to participate in a Rehabilitation Plan.  Rehabilitation Plan means a written plan, program or course of vocational training or education that is intended to prepare you to return to work.

To participate in a Rehabilitation Plan you must apply on our forms or in a letter to us.  The terms, conditions and objectives of the plan must be accepted by you and approved by us in advance.  We have the sole discretion to approve your Rehabilitation Plan.

While you are participating in an approved Rehabilitation Plan, your LTD Benefit will be increased by 10% of your Predisability Earnings.  Your LTD Benefit may not exceed the Maximum LTD Benefit shown in the **Coverage Features** as a result of this increase.

An approved Rehabilitation Plan may include our payment of some or all of the expenses you incur in connection with the plan, including:

a. Training and education expenses.

b. Family care expenses.

c. Job-related expenses.

d. Job search expenses.

While you are Disabled, you may apply to have your Spouse participate in a Spousal Rehabilitation Plan if all of the following are true:

1. You are receiving Social Security disability benefits.

2. Your Spouse's average monthly earnings were less than 60% of your Indexed Predisability Earnings during the 12 months before you became Disabled.

3. We approve the Spousal Rehabilitation Plan.

4. You agree that your LTD Benefit will be reduced by 50% of any increase in your Spouse's earnings as a result of participating in the Spousal Rehabilitation Plan.

Spousal Rehabilitation Plan means a written plan, program or course of vocational training or education that is intended to prepare your Spouse to obtain employment or to increase your Spouse's earnings.

To participate in a Spousal Rehabilitation Plan you must apply on our forms or in a letter to us. The terms, conditions, and objectives of the plan must be accepted by you and your Spouse and approved by us in advance.  We have the sole discretion to approve the Spousal Rehabilitation Plan.

An approved Spousal Rehabilitation Plan may include our payment of some or all of the expenses you and your Spouse incur in connection with the plan, including:

a. Training and education expenses.

b. Family care expenses.

c. Job-related expenses.

d. Job search expenses.

e. Medical expenses.

f. Moving expenses.

g. Reasonable accommodation expenses.

LT.RH.OT.1X

## TEMPORARY RECOVERY

You may temporarily recover from your Disability and then become Disabled again from the same cause or causes without having to serve a new Benefit Waiting Period. Temporary Recovery means you cease to be Disabled for no longer than the applicable Allowable Period.  See **Definition Of Disability**.

A. Allowable Periods

1. During the Benefit Waiting Period: a total of 270 days of recovery.

2. During the Maximum Benefit Period: 180 days for each period of recovery.

B. Effect Of Temporary Recovery

If your Temporary Recovery does not exceed the Allowable Periods, the following will apply.

1. The Predisability Earnings used to determine your LTD Benefit will not change.

2. The period of Temporary Recovery will not count toward your Benefit Waiting Period, your Maximum Benefit Period or your Own Occupation Period.

3. No LTD Benefits will be payable for the period of Temporary Recovery.

4. No LTD Benefits will be payable after benefits become payable to you under any other group disability insurance plan under which you become insured during your period of Temporary Recovery.

5. Except as stated above, the provisions of the Group Policy will be applied as if there had been no interruption of your Disability.

**LT.TR.OT.1**

# WHEN LTD BENEFITS END

Your LTD Benefits end automatically on the earliest of:

1. The date you are no longer Disabled.

2. The date your Maximum Benefit Period ends.

3. The date you die.

4. The date benefits become payable under any other group disability insurance plan under which you become insured through employment during a period of Temporary Recovery.

5. The date you fail to provide proof of continued Disability and entitlement to LTD Benefits.

6. The date your Work Earnings exceed 80% of your Indexed Predisability Earnings.

**LT.BE.CA.1**

# PREDISABILITY EARNINGS

Predisability Earnings means your monthly prorated covered earnings. Your monthly covered earnings are determined by prorating your base salary as of the date Disability begins by the average schedule (rounded up to the nearest base unit) you maintained during the 12 months prior to the date you become Disabled.

Prorated base compensation is based on base units of 10ths (1/10th) with each base unit equal to 4 hours. (For example, 10/10 equals 40 hours.)

Any change in your earnings effective after your last full day of Active Work will not affect your Predisability Earnings.

Predisability Earnings includes:

1. Contributions you make through a salary reduction agreement with your Employer to:

    a. An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), 408(p), or 457 deferred compensation arrangement; or

    b. An executive nonqualified deferred compensation arrangement.

2. Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Predisability Earnings does not include:

1. Your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan.

2. Bonuses.

3. Overtime pay.

4. Stock options or stock bonuses even if reported on your W-2 form.

5. Any other extra compensation.

**LT.PD.OT.1**

## DEDUCTIBLE INCOME

Subject to **Exceptions To Deductible Income**, Deductible Income means:

1. Sick pay, annual or personal leave pay, or other salary continuation, including donated amounts, (but not vacation pay) paid to you by your Employer.

2. Your Work Earnings, as described in the **Return To Work Provisions**.

3. Any amount you receive or are entitled to receive because of your disability, including amounts for partial or total disability, whether permanent, temporary, or vocational, under any of the following:

   a. A workers' compensation law;

   b. Any similar act or law.

4. Any amount you, your Spouse, or your child under age 18 receive or are entitled to receive because of your Disability or you receive because of your retirement under:

   a. The Federal Social Security Act;

   b. The Canada Pension Plan;

   c. The Quebec Pension Plan;

   d. The Railroad Retirement Act; or

   e. Any similar plan or act.

   Amounts that are entitled to be received will be deducted in accordance with the Estimating and Deducting section of **Rules For Deductible Income**.

   Full offset:  Both the primary benefit (the benefit awarded to you) and dependents benefit are Deductible Income.

   Benefits your Spouse or a child receives or are entitled to receive because of your Disability are Deductible Income regardless of marital status, custody, or place of residence.  The term "child" has the meaning given in the applicable plan or act.

5. Any amount you receive or are entitled to receive because of your disability under any state disability income benefit law or similar law.

6. Any amount you receive because of your disability under any other group insurance coverage, as determined below:

   a. Determine the amount of your LTD Benefit as if there were no Deductible Income, add the amount you receive from any other group insurance coverage because of your Disability.

   b. Determine 80% of your Indexed Predisability Earnings.

   c. If a. is greater than b., the difference will be Deductible Income.

7. 50% of any Full Early Retirement Plan benefits you receive under The Permanente Medical Group, Inc. Supplemental Retirement Plans for Physicians regardless of whether such benefits are paid to you or to another payee.

8. Any disability or retirement benefits you receive under any Kaiser Permanente Medical Care Organization retirement plan, other than Full Early Retirement Plan benefits under The Permanente Medical Group, Inc. Supplemental Retirement Plans for Physicians.   Your and your Employer's contributions will be considered as distributed simultaneously throughout your lifetime, regardless of how funds are distributed from the retirement plan.

9. Any earnings or compensation included in Predisability Earnings which you receive or have a right to receive while LTD Benefits are payable.

10. Any amount you receive under any unemployment compensation law or similar act or law.

11. Any amount of third party liability payments you receive under any work loss provision in mandatory "No-Fault" auto insurance policy by judgment, settlement or otherwise (less attorneys' fees).

12. Any amount you receive by compromise, settlement, or other method as a result of a claim for any of the above, whether disputed or undisputed.

**LT.DI.CA.1X**

## EXCEPTIONS TO DEDUCTIBLE INCOME

Deductible Income does not include:

1. Any cost of living increase in any Deductible Income other than Work Earnings, if the increase becomes effective while you are Disabled and while you are eligible for the Deductible Income.

2. Reimbursement for hospital, medical, or surgical expense.

3. Reasonable attorneys fees incurred in connection with a claim for Deductible Income.

4. Benefits from any individual disability insurance policy.

5. Early retirement benefits under the Federal Social Security Act which are not actually received.

6. Group credit or mortgage disability insurance benefits.

7. Accelerated death benefits paid under a life insurance policy.

8. Benefits from the following:

    a. Profit sharing plan;

    b. Thrift or savings plan.

    c. Deferred compensation plan.

    d. Plan under IRC Section 401(k), 408(k), 408(p), or 457.

    e. Individual Retirement Account (IRA).

    f. Tax Sheltered Annuity (TSA) under IRC Section 403(b).

    g. Stock ownership plan.

    h. Keogh (HR-10) plan.

9. The following amounts under your Employer's retirement plan:

    a. A lump sum distribution of your entire interest in the plan.

    b. Any amount which is attributable to your contributions to the plan.

    c. Any amount you could have received upon termination of employment without being disabled or retired.

10. California Workers' Compensation benefits for permanent total or permanent partial disability.

11. Additional Time Off (ATO), Time Bank (TBK) or vacation payoff, or any other amount that is payment of unused accrued vacation or overtime pay.

12. Severance pay paid to you by the Employer.

**LT.ED.CA.1X**

## RULES FOR DEDUCTIBLE INCOME

A. Monthly Equivalents

Each month we will determine your LTD Benefit using the Deductible Income for the same monthly period, even if you actually receive the Deductible Income in another month.

If you are paid Deductible Income in a lump sum or by a method other than monthly, we will determine your LTD Benefit using a prorated amount.  Except as provided below, we will use the period of time to which the Deductible Income applies.  If no period of time is stated, we will use a reasonable one.

If you receive a lump sum refund, withdrawal or distribution of contributions and earnings from your Employer's retirement plan, we will determine your LTD Benefit using a lifetime monthly annuity amount, with no survivor income.  The annuity will be based on the amount you receive, and on the life expectancy of a person your age on the later of:

a.  The date the lump sum is paid; and

b.  The date LTD Benefits become payable.

For amounts under a workers' compensation law, the Jones Act, the Maritime Doctrine of Maintenance, Wages or Cure, the Longshoremen's and Harbor Worker's Act, or any similar act or law, the period of time used to prorate the amount cannot exceed the first to occur of the following:

a.  The date you reach age 65, or the end of the Maximum Benefit Period, if later; and

b.  The end of the stated period.

B. Your Duty To Pursue Deductible Income

You must pursue Deductible Income for which you may be entitled.  We may ask for written documentation of your pursuit of Deductible Income.  You must provide it within 60 days after we mail you our request.

C. Estimating And Deducting

For any item of Deductible Income that includes amounts you, your Spouse, or your child are entitled to receive, we may reduce your LTD Benefit by the amount we estimate you would be entitled to receive if:

1.  You have failed to pursue the Deductible Income with reasonable diligence;

2.  We have a reasonable, good faith belief that you are entitled to the Deductible Income; and

3.  We are able to reasonably estimate the amount that would be payable.

We will not estimate and deduct amounts with respect to a claim for Deductible Income that is pending, so long as you continue to pursue the claim with reasonable diligence.

D. Retirement Benefits

1.  Early retirement benefits will be Deductible Income only if you elect early retirement, or if early retirement would not reduce your accrued annuity or pension benefits.

2.  Retirement benefits received will not include amounts rolled over or transferred to any eligible retirement plan as defined in the Internal Revenue Code.

E. Pending Deductible Income

We will not deduct pending Deductible Income until it becomes payable.  You must notify us of the amount of the Deductible Income when it is approved.  You must repay us for the resulting overpayment of your claim.

F. Overpayment Of Claim

We will notify you of the amount of any overpayment of your claim under any group disability

insurance policy issued by us.  You must immediately repay us.  You will not receive any LTD Benefits until we have been repaid in full.  In the meantime, any LTD Benefits paid, including the Minimum LTD Benefit, will be applied to reduce the amount of the overpayment.  We may charge you interest at the legal rate for any overpayment which is not repaid within 30 days after we first mail you notice of the amount of the overpayment.

LT.RU.CA.1

# DEPENDENT EDUCATION BENEFIT

A.  Dependent Education Benefit Requirements

We will pay a Dependent Education Benefit if you meet all of the requirements below:

1.  You are Disabled and LTD Benefits are payable to you.

2.  You have an Eligible Student.

Eligible Student means:

1.  Your Child, who is registered and in full-time attendance at an accredited educational institution beyond high school.

2.  Your Spouse, who is registered and in full-time attendance at an accredited educational institution beyond high school for the purpose of obtaining employment or increasing earnings.

For each Eligible Student, written proof of registration and full-time attendance must be submitted at the start of each term or semester and as often as we may reasonably require thereafter.

B.  Dependent Education Benefit Amount

The amount of the Dependent Education Benefit will be $150 per month for each Eligible Student. We will not pay more than a total of $600 per month for all Eligible Students.

C.  Payment Of Dependent Education Benefits

Dependent Education Benefits will be paid directly to you at the end of each month you qualify for them.  The Dependent Education Benefit will first be applied to reduce any overpayment of your claim.  If LTD Benefits are payable to both you and your Spouse, we will pay a Dependent Education Benefit for either you or your Spouse, but not both.  The Dependent Education Benefit is payable for a maximum of 24 months for each Eligible Student.  The Dependent Education Benefit ends when you no longer meet the requirements in item A. above.

LT2.DE.CA.O1

# SURVIVORS BENEFIT

If you die while LTD Benefits are payable, and on the date you die you have been continuously Disabled for at least 180 days, we will pay a Survivors Benefit according to 1 through 4 below.

1.  The Survivors Benefit is a lump sum equal to 6 times your LTD Benefit without reduction by Deductible Income.

2.  The Survivors Benefit will first be applied to reduce any overpayment of your claim.

3.  The Survivors Benefit will be paid to any one or more of the following:

a.  Your surviving Spouse;

b.  Your surviving children, including adopted children, under age 26;

c.  Your surviving Spouse's children, including adopted children, under age 26;

d.  Any person providing the care and support of any person listed in a., b., or c. above; or

e.   Your estate, if you are not survived by any person listed in a., b., or c. above.

LT.SB.CA.1X

## BENEFITS AFTER INSURANCE ENDS OR IS CHANGED

During each period of continuous Disability, we will pay LTD Benefits according to the terms of the Group Policy in effect on the date you become Disabled.  Your right to receive LTD Benefits will not be affected by:

1.   Any amendment to the Group Policy that is effective after you become Disabled.

2.   Termination of the Group Policy after you become Disabled.

LT.BA.OT.1

## EFFECT OF NEW DISABILITY

If a period of Disability is extended by a new cause while LTD Benefits are payable, LTD Benefits will continue while you remain Disabled.  However, 1 and 2 apply.

1.   LTD Benefits will not continue beyond the end of the original Maximum Benefit Period.

2.   The **Disabilities Excluded From Coverage** and **Limitations** sections will apply to the new cause of Disability.

LT.ND.CA.1

## DISABILITIES EXCLUDED FROM COVERAGE

A.   War

You are not covered for a Disability caused or contributed to by War or any act of War.  War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

B.   Intentionally Self-Inflicted Injury

You are not covered for a Disability caused or contributed to by an intentionally self-inflicted Injury, while sane or insane.

C.   Preexisting Condition

A separate Preexisting Condition exclusion applies to Option 1 and Option 2. However, if you change from Option 1 to Option 2 and benefits are not payable under Option 2 because of the Preexisting Condition exclusion, your claim will be administered as if you had not changed Options.

1.   Definition

Preexisting Condition means a mental or physical condition for which you have received medical treatment, care or services or have taken prescribed medication:

with respect to Option 1, at any time during the 90-day period just before your insurance becomes effective under Option 1;

with respect to Option 2, at any time during the 90-day period just before your insurance becomes effective under Option 2.

2.   Exclusion

With respect to Option 1, you are not covered for a Disability caused or substantially contributed to by a Preexisting Condition or medical or surgical treatment of a Preexisting Condition unless, on the date you become Disabled, you:

a.  Have been continuously insured under Option 1 for 12 months; and

b.  Have been Actively At Work for at least one full day after the end of that 12 months.

With respect to Option 2, you are not covered for a Disability caused or substantially contributed to by a Preexisting Condition or medical or surgical treatment of a Preexisting Condition unless, on the date you become Disabled, you:

a.  Have been continuously insured under Option 2 for 12 months; and

b.  Have been Actively At Work for at least one full day after the end of that 12 months.

D.  Violent Or Criminal Conduct

You are not covered for a Disability caused or contributed to by your committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot.   Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

LT.XD.CA.1X

# LIMITATIONS

A.  Care Of A Physician

During the Benefit Waiting Period, you must be receiving care by a Physician which is appropriate for the condition or conditions causing the Disability.  No LTD Benefits will be paid for any period of Disability when you are not receiving care by a Physician which is appropriate for the condition or conditions causing the Disability.  Appropriate care is the treatment a patient would make a reasonable decision to accept after duly considering the opinions of medical professionals.  This limitation will not apply after you reach your maximum point of recovery.

B.  Imprisonment

No LTD Benefits will be paid for any period of Disability when you are confined for any reason in a penal or correctional institution.

C.  Mental Disorder

Payment of LTD Benefits is limited to 24 months during your entire lifetime for a Disability caused or contributed to by a Mental Disorder.  However, if you are confined in a Hospital at the end of the Mental Disorder Limitation Period, this limitation will not apply while you are continuously confined.

Mental Disorder means any mental, emotional, behavioral, psychological, personality, cognitive, mood or stress-related abnormality, disorder, disturbance, dysfunction or syndrome, regardless of cause, (including any biological or biochemical disorder or imbalance of the brain) or the presence of physical symptoms.  Mental Disorder includes, but is not limited to, manic depressive illness, depression and depressive disorders, or anxiety and anxiety disorders. Mental Disorder does not include organic brain syndrome, bipolar affective disorder, schizophrenia, or psychotic illness.

Hospital means a legally operated hospital providing full-time medical care and treatment under the direction of a full-time staff of licensed Physicians.  Rest homes, nursing homes, convalescent homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care are not Hospitals.

D.  Alcohol Use, Alcoholism Or Drug Use

Payment of LTD Benefits is limited to 24 months during your entire lifetime for a Disability caused or contributed to by your use of alcohol, alcoholism, use of any drug, including hallucinogens, or drug addiction.

E.  Rules For Disabilities Subject To Limited Pay Periods

1. If you are Disabled as a result of more than one Physical Disease, Injury or Mental Disorder for which LTD Benefits are payable for a limited period of time, the limitation periods will run concurrently for all limited conditions.

2. If you are Disabled as a result of a Mental Disorder or any Physical Disease or Injury for which LTD Benefits are payable for a limited period of time, and at the same time are Disabled as a result of a Physical Disease, Injury or Pregnancy that is not subject to such limitation, LTD Benefits will be payable first for conditions that are subject to a limitation before LTD Benefits are payable for any condition that is not subject to a limitation.

3. No LTD Benefits will be payable after the ending date of the longest limitation period that applies to your Disability, unless on that date you continue to be Disabled as a result of a Physical Disease, Injury or Pregnancy for which payment of LTD Benefits is not limited.

LT.LM.CA.1X

# CLAIMS

A. Notice Of Claim

Written notice of claim must be provided to us within 60 days after the date you claim you became Disabled, or as soon thereafter as is reasonably possible.

B. Filing A Claim

Claims should be filed on our forms.  If we do not provide our forms within 15 days after they are requested, you may submit your claim in a letter to us.  The letter should include the date disability began, and the cause and nature of the disability.  Subject to the time period for providing notice of claim, such letter will constitute notice and proof of claim.

C. Time Limits On Filing Proof Of Loss

You must give us Proof Of Loss within 90 days after the end of the Benefit Waiting Period.  If your claim was closed, you must give us Proof Of Loss within 90 days after the date LTD Benefits ended.  If you cannot do so, you must give it to us as soon as reasonably possible, but not later than one year after that 90-day period.  If Proof Of Loss is filed outside these time limits, your claim will be denied.  These limits will not apply while you lack legal capacity.

D. Proof Of Loss

Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits.  Proof Of Loss must be provided at your expense.

For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.  Examples of clinical and laboratory diagnostic techniques include but are not limited to actual observations upon physical examinations, blood tests, imaging studies (such as x-rays, MRIs and CT scans), electrocardiograms (EKG) and electroencephalograms (EEG).

E. Documentation

Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense.  If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.

F. Investigation Of Claim

We may investigate your claim at any time.

At our expense, we may have you examined at reasonable intervals by specialists of our choice.  We may deny or suspend LTD Benefits if you fail to attend an examination or cooperate with the examiner.

G.   Time Of Payment

We will pay LTD Benefits within 60 days after you satisfy Proof Of Loss.

LTD Benefits will be paid to you at the end of each month you qualify for them.  LTD Benefits remaining unpaid at your death will be paid to the person(s) receiving the Survivors Benefit. If no Survivors Benefit is paid, the unpaid LTD Benefits will be paid to your estate.

H.   Notice Of Decision On Claim

We will evaluate your claim promptly after you file it.  Within 45 days after we receive your claim we will send you:  (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for 30 days.  Before the end of this extension period we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for an additional 30 days.  If an extension is due to your failure to provide information necessary to decide the claim, the extended time period for deciding your claim will not begin until you provide the information or otherwise respond.

If we extend the period to decide your claim, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information we need to resolve those issues.

If we request additional information, you will have 45 days to provide the information.  If you do not provide the requested information within 45 days, we may decide your claim based on the information we have received.

If we deny any part of your claim, you will receive a written notice of denial containing:

a.   The reasons for our decision.

b.   Reference to the parts of the Group Policy on which our decision is based.

c.   Reference to any internal rule or guideline relied upon in making our decision.

d.   A description of any additional information needed to support your claim.

e.   Information concerning your right to a review of our decision.

f.   Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA if your claim is denied on review.

I.   Review Procedure

If all or part of a claim is denied, you may request a review.  You must request a review in writing within 180 days after receiving notice of the denial.

You may send us written comments or other items to support your claim.  You may review and receive copies of any non-privileged information that is relevant to your request for review.  There will be no charge for such copies.  You may request the names of medical or vocational experts who provided advice to us about your claim.

The person conducting the review will be someone other than the person who denied the claim and will not be subordinate to that person. The person conducting the review will not give deference to the initial denial decision. If the denial was based on a medical judgment, the person conducting the review will consult with a qualified health care professional. This health care professional will be someone other than the person who made the original medical judgment and will not be subordinate to that person.  Our review will include any written comments or other items you submit to support your claim.

We will review your claim promptly after we receive your request.  Within 45 days after we receive your request for review we will send you: (a) a written decision on review; or (b) a notice that we are extending the review period for 45 days. If the extension is due to your failure to provide information necessary to decide the claim on review, the extended time period for review of your claim will not begin until you provide the information or otherwise respond.

If we extend the review period, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim on review; and (c) any additional information we need to decide your claim.

If we request additional information, you will have 45 days to provide the information.  If you do not provide the requested information within 45 days, we may conclude our review of your claim based on the information we have received.

If we deny any part of your claim on review, you will receive a written notice of denial containing:

a.   The reasons for our decision.

b.   Reference to the parts of the Group Policy on which our decision is based.

c.   Reference to any internal rule or guideline relied upon in making our decision.

d.   Information concerning your right to receive, free of charge, copies of non-privileged documents and records relevant to your claim.

e.   Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA.

The Group Policy does not provide voluntary alternative dispute resolution options.  However, you may contact your local U.S. Department of Labor Office and your State insurance regulatory agency for assistance.

J.   Assignment

The rights and benefits under the Group Policy are not assignable.

LT.CL.CA.1

## TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after you have given us Proof Of Loss.  No such action shall be brought after the expiration of three years after the date Proof Of Loss is required to be given.

LT.TL.CA.1

## INCONTESTABILITY PROVISIONS

A.   Incontestability Of  Insurance

Any statement made to obtain insurance or to increase insurance is a representation and not a warranty.

No misrepresentation will be used to reduce or deny a claim or contest the validity of insurance unless:

1.   The insurance would not have been approved if we had known the truth; and

2.   We have given you or any other person claiming benefits a copy of the signed written instrument which contains the misrepresentation.

After insurance has been in effect for two years, during the lifetime of the insured, we will not use a misrepresentation by you to reduce or deny your claim, unless it was a fraudulent misrepresentation.

B.   Incontestability Of The Group Policy

Any statement made by the Policyholder or Employer to obtain the Group Policy is a representation and not a warranty.

No misrepresentation by the Policyholder or your Employer will be used to deny a claim or to deny the validity of the Group Policy unless:

1.   The Group Policy would not have been issued if we had known the truth; and

2.   We have given the Policyholder or Employer a copy of a written instrument signed by the Policyholder or Employer which contains the misrepresentation.

The validity of the Group Policy will not be contested after it has been in force for two years, except for fraudulent misrepresentations.

**LT.IN.CA.1**

## CLERICAL ERROR, AGENCY, AND MISSTATEMENT

A.   Clerical Error

Clerical error by the Policyholder, your Employer, or their respective employees or representatives will not:

1.   Cause a person to become insured.

2.   Invalidate insurance under the Group Policy otherwise validly in force.

3.   Continue insurance under the Group Policy otherwise validly terminated.

B.   Agency

The Policyholder and your Employer act on their own behalf as your agent, and not as our agent. The Policyholder and your Employer have no authority to alter, expand or extend our liability or to waive, modify or compromise any defense or right we may have under the Group Policy.

C.   Misstatement Of Age

If a person's age has been misstated, we will make an equitable adjustment of premiums, benefits, or both.  The adjustment will be based on:

1.   The amount of insurance based on the correct age; and

2.   The difference between the premiums paid and the premiums which would have been paid if the age had been correctly stated.

**LT.CE.OT.1**

## TERMINATION OR AMENDMENT OF THE GROUP POLICY

The Group Policy may be terminated by us or the Policyholder according to its terms.  It will terminate automatically for nonpayment of premium.  The Policyholder may terminate the Group Policy in whole, and may terminate insurance for any class or group of Members, at any time by giving us written notice.

Benefits under the Group Policy are limited to its terms, including any valid amendment.  No change or amendment will be valid unless it is approved in writing by one of our executive officers and given to the Policyholder for attachment to the Group Policy.  If the terms of the certificate differ from the Group Policy, the terms stated in the Group Policy will govern. The Policyholder, your Employer, and their

respective employees or representatives have no right or authority to change or amend the Group Policy or to waive any of its terms or provisions without our signed written approval.

We may change the Group Policy in whole or in part when any change or clarification in law or governmental regulation affects our obligations under the Group Policy, or with the Policyholder's consent.

Any such change or amendment of the Group Policy may apply to current or future Members or to any separate classes or groups of Members.

LT.TA.OT.1

# DEFINITIONS

Benefit Waiting Period means the period you must be continuously Disabled before LTD Benefits become payable. No LTD Benefits are payable for the Benefit Waiting Period.  See **Coverage Features**.

Child means your unmarried child from at least 17 years of age, but less than 25 years of age, dependent on you for financial support.  Child includes an adopted child or step child and a child of your Spouse, but not a foster child.

Contributory means insurance is elective and Members pay all or part of the premium for insurance.

CPI-W means the Consumer Price Index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor.  If the CPI-W is discontinued or changed, we may use a comparable index.  Where required, we will obtain prior state approval of the new index.

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance.  Your Eligibility Waiting Period is shown in the **Coverage Features.**

Employer means an employer (including approved affiliates and subsidiaries) for which coverage under the Group Policy is approved in writing by us.

Group Policy means the group LTD insurance policy issued by us to the Policyholder and identified by the Group Policy Number.

Indexed Predisability Earnings means your Predisability Earnings adjusted by the rate of increase in the CPI-W.  During your first year of Disability, your Indexed Predisability Earnings are the same as your Predisability Earnings.   Thereafter, your Indexed Predisability Earnings are determined on each anniversary of your Disability by increasing the previous year's Indexed Predisability Earnings by the rate of increase in the CPI-W for the prior calendar year.  The maximum adjustment in any year is 10%. Your Indexed Predisability Earnings will not decrease, even if the CPI-W decreases.

Injury means an injury to the body.

LTD Benefit means the monthly benefit payable to you under the terms of the Group Policy.

Maximum Benefit Period means the longest period for which LTD Benefits are payable for any one period of continuous Disability, whether from one or more causes.  It begins at the end of the Benefit Waiting Period.  No LTD Benefits are payable after the end of the Maximum Benefit Period, even if you are still Disabled.  See **Coverage Features**.

Noncontributory means (a) insurance is nonelective and the Policyholder or Employer pay the entire premium for insurance; or (b) the Policyholder or Employer require all eligible Members to have insurance and to pay all or part of the premium for insurance.

Physical Disease means a physical disease entity or process that produces structural or functional changes in the body as diagnosed by a Physician.

Physician means a licensed medical professional, diagnosing and treating individuals within the scope of the license. The term includes a legally licensed physician, dentist, optometrist, podiatrist, psychologist or chiropractor.  Physician does not include you or your Spouse, or the brother, sister,

parent or child of either you or your Spouse. The definition of Physician has no effect on eligibility for insurance under the Group Policy.

Pregnancy means your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

Prior Plan means your Employer's group long term disability insurance plan in effect on the day before the effective date of your Employer's participation under the Group Policy and which is replaced by coverage under the Group Policy.  Prior Plan also means a group long term disability plan sponsored by another Kaiser Permanente Medical Care Organization that you were insured under on the day before your insurance under the Group Policy becomes effective.

Spouse means:

1. A person to whom you are legally married; or

2. Your Domestic Partner.  Your Domestic Partner means an individual recognized as such under California state law.

LT.DF.CA.1

# POLICYHOLDER PROVISIONS

A. Premiums

The premium due on each Premium Due Date is the sum of the premiums for all persons then insured.  Premium Rates are shown in **Coverage Features**.

B. Contributions From Members

The Policyholder determines the amount, if any, of each Member's contribution toward the cost of insurance.

C. Changes In Premium Rates

We may change Premium Rates whenever:

1. A change or clarification in law or governmental regulation affects the amount payable under the Group Policy.  Any such change in Premium Rates will reflect only the change in our obligations.

2. Factors material to underwriting the risk we assumed under the Group Policy with respect to an Employer, including, but not limited to, number of persons insured, age, Predisability Earnings, gender, and occupational classification, changes by 25% or more.

3. The premium contribution arrangement for Members is changed or varies from that stated in the Group Policy when issued or last renewed.

4. We and the Policyholder or the Employer mutually agree to change Premium Rates.

Except as provided above, Premium Rates will not be changed during the Initial Rate Guarantee Period shown in **Coverage Features**.  Thereafter, except as provided above, we may change Premium Rates upon 180 days advance written notice to the Policyholder.  Any such change in Premium Rates may be made effective on any Premium Due Date, but no such change will be made more than once in any contract year.  Contract years are successive 12 month periods computed from the end of the Initial Rate Guarantee Period.

D. Payment Of Premiums

All premiums are due on the Premium Due Dates shown in **Coverage Features**.

Each premium is payable on or before its Premium Due Date directly to us at our home office.  The payment of each premium by the Policyholder as it becomes due will maintain the Group Policy in force until the next Premium Due Date.

E.  Grace Period And Termination For Nonpayment

If a premium is not paid on or before its Premium Due Date, it may be paid during the following Grace Period of 60 days.  The Group Policy or an Employer's coverage under the Group Policy will remain in force during the Grace Period.

If the premium is not paid during the Grace Period, the Group Policy will terminate automatically at the end of the Grace Period.

The Policyholder is liable for premium for coverage during the Grace Period.  We may charge interest at the legal rate for any premium which is not paid during the Grace Period, beginning with the first day after the Grace Period.

F.  Termination For Other Reasons

The Policyholder may terminate the Group Policy by giving us written notice.  The effective date of termination will be the later of:

1.  The date stated in the notice; and

2.  The date we receive the notice.

We may terminate the Group Policy as follows:

1.  On any Premium Due Date if the number of persons insured is less than the Minimum Participation shown in **Coverage Features**.

2.  On any Premium Due Date if we determine that the Policyholder has failed to promptly furnish any necessary information requested by us, or has failed to perform any other obligations relating to the Group Policy.

The minimum advance notice of termination by us is 60 days.

G.  Premium Adjustments

Premium adjustments involving a return of unearned premiums to the Policyholder will be limited to the 12 months just before the date we receive a request for premium adjustment.

H.  Certificates

We will issue certificates to the Policyholder showing the coverage under the Group Policy.  The Policyholder will distribute a certificate to each insured Member.  If the terms of the certificate differ from the Group Policy, the terms stated in the Group Policy will govern.

I.  Records And Reports

The Policyholder will furnish on our forms all information reasonably necessary to administer the Group Policy.  We have the right at all reasonable times to inspect the payroll and other records of the Policyholder which relate to insurance under the Group Policy.

J.  Agency And Release

Individuals selected by the Policyholder or by any Employer to secure coverage under the Group Policy or to perform their administrative function under it, represent and act on behalf of the person selecting them, and do not represent or act on behalf of Standard.  The Policyholder, Employer and such individuals have no authority to alter, expand or extend our liability or to waive, modify or compromise any defense or right we may have under the Group Policy.  The Policyholder and each Employer hereby release, hold harmless and indemnify Standard from any liability arising from or related to any negligence, error, omission, misrepresentation or dishonesty of any of them or their representatives, agents or employees.

K.  Notice Of Suit

The Policyholder or Employer shall promptly give us written notice of any lawsuit or other legal proceedings arising under the Group Policy.

L.   Entire Contract, Changes

The Group Policy and the applications of the Policyholder constitute the entire contract between the parties.  A copy of the Policyholder's application is attached to the Group Policy when issued.

The Group Policy may be changed in whole or in part.  No change in the Group Policy will be valid unless it is approved in writing by one of our executive officers and given to the Policyholder for attachment to the Group Policy.  No agent has authority to change the Group Policy, or to waive any of their provisions.

M.   Effect On Workers' Compensation, State Disability Insurance

The coverage provided under the Group Policy is not a substitute for coverage under a workers' compensation or state disability income benefit law and does not relieve the Employer of any obligation to provide such coverage.

**LT.PH.OT.1**

**CA/LTDP2000(CA09)**